# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CURTISS GRAVES,**
    **Plaintiff,**

    v.                                           Case No. 11-CV-01060

**BROOKFIELD SUITES HOTEL AND
CONVENTION CENTER,**
    **Defendant.**

## ORDER

Pro se plaintiff Curtiss Graves is suing defendant Brookfield Suites Hotel and Convention Center under 42 U.S.C. § 1983. Plaintiff asserts that defendants unlawfully terminated his employment when he missed work due to an illness. On December 29, 2011, defendant filed a motion to dismiss. Plaintiff has not yet responded to that motion. Plaintiff is hereby notified that he has 21 days from the date of this order to file a brief in opposition to the motion to dismiss.

**THEREFORE, IT IS ORDERED** that plaintiff has twenty-one (21) days from the date of this order to file a brief in opposition to defendant's motion to dismiss. If plaintiff fails to file a brief in opposition, the motion will be granted as unopposed pursuant to Civil L.R. 7(d) (E.D. Wis. 2010).

Dated at Milwaukee, Wisconsin, this 14th day of February 2012.

                                                                           s/_____
                                                                           LYNN ADELMAN
                                                                           District Judge